NOTICE OF APPEAL -CIVIL FORM
CAUSE NO. <u>15-28891</u>

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
9/20/2015 at 1:49:23 PM
CAROL ANNE HARLEY
Clerk

| | | |
|---|---|---|
| CLARENCE W LEWIS | § | County Court at Law #2 |
| Vs. | § | |
| CITY OF CONROE | § | Montgomery County, Texas |

---

DATE NOTICE OF APPEAL FILED: <u>September 10, 2015</u>

ACCELERATED APPEAL:  YES   or  <mark>NO</mark>

RESTRICTED APPEAL:   YES   or  <mark>NO</mark>

DATE OF JUDGMENT/APPEALABLE ORDER: <u>08/12/2015</u>

DATE OF MOTION FOR NEW TRIAL, IF FILED: <u>N/A</u>

RESPONDENT'S REQUEST FOR FINDINGS OF FACT & CONCLUSIONS OF LAW, FILED ON: <u>8/13/2015</u>

ATTORNEY FOR THE APPELLANT: <u> WILLIAM BRITTON HALL</u>

NAME OF TRIAL COURT JUDGE: <u> HONORABLE CLAUDIA LAIRD</u>

NAME OF COURT REPORTER: <u>MARTHA KOOMAR</u>

OTHER PARTIES:*

GARY A SCOTT                          WILLIAM HALL
300 W DAVIS                           401 W. DAVIS ST.
CONROE TX  77301                      CONROE TX 77305